451 A.2d 562

Kapner v. Kapner, Appellant.

Reargument Denied Nov. 3, 1982.

Argued December 7, 1981.
Robert C. Houpt, for appellant; Robert W. Landis, for appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

Affirmed.

450 A.2d 201

Mucci v. Alvino.

Appeal of John J. Farina.

Argued January 25, 1982. John P. Koopman, for appellant; Charles J. Conturso, for appellee.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Order affirmed.

WIEAND, J., filed a memorandum dissenting opinion.